**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-6320
_____

JOHN REYNOLDS,

Plaintiff - Appellant,

v.

STOUFFER; MICHAEL STOUFFER; BOBBY P. SHEARIN; DALE SMITH,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Chief District Judge. (8:13-cv-00824-DKC)

_____

Submitted: April 24, 2014        Decided: April 29, 2014

_____

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John Reynolds, Appellant Pro Se. Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Reynolds appeals the district court's order granting Defendants' motion for summary judgment and dismissing his 42 U.S.C. § 1983 (2006) civil rights action for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Reynolds v. Stouffer, No. 8:13-cv-00824-DKC (D. Md. Feb. 11, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED